## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARTHA'S VINEYARD/DUKES COUNTY FISHERMEN'S ASSOCIATION | ) ) ) ) | |
| and | ) ) | **Civil Case No. 10-1580 (RJL)** |
| MICHAEL S. FLAHERTY, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GARY LOCKE, in his official capacity as Secretary of the Department of Commerce, *et al.* | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this ____ day of September, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#25] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED**.


_____
RICHARD J. LEON
United States District Judge